# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ARMANNA J. BELLOW,

    Plaintiff

v.

CLARK COUNTY GOVERNMENT,

    Defendant

Case No.: 2:23-cv-01218-APG-MDC

**Order Dismissing Case Without Prejudice**

I previously granted defendant Clark County's motion to dismiss but granted plaintiff Armanna Bellow leave to file an amended complaint by October 18, 2024. ECF No. 39 at 4-5.  I advised Bellow that if he did not file an amended complaint by that date, I would dismiss this case without prejudice. Id. at 5.  Bellow did not file an amended complaint.

I THEREFORE ORDER that this case is dismissed without prejudice.  The clerk of court is instructed to close this case.

DATED this 1st day of November, 2024.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE